# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**PAUL KING (QUI TAM)**

Plaintiff(s)

v.

**MICHAEL KING**

Defendant(s)

FILED BY _____ D.C.
NOV 22 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Complaint**
(TITLE OF DOCUMENT)

I, **PAUL KING** plaintiff or defendant, in the above styled cause,

SEE ATTACHED.

## PPP LOAN FRAUD: OBTAINING MONEY FOR A CANNABIS COMPANY VIA NAME/ADDRESS MANIPULATION

1. According to the 2019 Merger Documents (EXHIBIT 1), Michael King ("King") is and has been CEO of Kings Garden ("KG") since 2014.
2. According to the 2019 Merger Documents, King and CFO Lauri Kibby ("Kibby") own Desert Payroll Solutions ("DPS") (EXHIBIT 2) and it is the entity that pays employees of Kings Garden their paychecks.
3. This is confirmed by a lawsuit against KG by a former employee (EXHIBIT 3).
4. On January 14, 2021, KG accountant Greg Barton associate Shauna Watkins files an updated document for DPS with the secretary of state (EXHIBIT 4).
5. In 2016, Greg Barton is agent on record for DPS with a different address than any of the KG addresses (EXHIBIT 5).
6. According to the SBA, whether tier 1 (direct, plant-touching) or tier 2 (indirect, non-plant touching), since marijuana is federally illegal these businesses are not eligible to obtain government loans (EXHIBIT 6).
7. According to federalpay.org, DPS received approximately $1.37M (EXHIBIT 7).
8. Therefore, Plaintiff asserts that DPS is an entity set up to pay cannabis employees and illegally obtained $1.37M.

## TAX FRAUD, CONDO

1. According to the Merger Documents, King held a salary of $290,000 in 2017, $665,461 in 2018 (EXHIBIT 8).

2. King then signed a 5-year employment agreement for 2019-2023 of $600,000 annually (EXHIBIT 9).

3. An application for the Trump Condo Association in December 2020 shows King to make $400k annually (EXHIBIT 10).

4. Two quit claim deeds for the Trump Condo were prepared, one by Watkins for $700,000 that was not recorded (EXHIBIT 11), and another that was recorded for $0 (EXHIBIT 12).

5. Plaintiff believes King has a habit of creating multiple sets of documents to defraud the government.

EMBEZZLEMENT AND TAX FRAUD, KG

1. According to personal knowledge, King held real estate assets of no more than approximately $2.5M prior to Kings Garden in 2014 and no other major assets.

2. According to public records, King purchased a $12.875M (EXHIBIT 13) home in early 2019 and bought several other homes (EXHIBIT 14)

3. King gave a loan to KG of $8.5M (EXHIBIT 15).

4. KG owned 11 buildings, 4 in Cathedral City (EXHIBIT 16) and 7 in Palm Springs (EXHIBIT 17).

5. 6 KG buildings are sold between 2019 and 2020 for approximately $69.9M (EXHIBIT 18).

6. It is unclear what happened to the other 5 buildings owned by KG, but they are now leased by KG.

7. It is believed that King embezzled from the sale of buildings.

HISTORY OF REAL ESTATE FRAUD

1. King has a history of real estate fraud, including a first degree grand theft felony (EXHIBIT 19).

2. Details of the arrest warrant show a pattern of lies dragging out over several years (EXHIBIT 20).

3. After that, King lost another case with similar claims recently (EXHIBIT 21).

4. In a recent deposition, King was asked about the first degree grand theft, to which he replied (EXHIBIT 22, p124: 4-16):

   "It was a lawsuit filed by a non U.S. resident who tried to take advantage of the system. And there was a misunderstanding with the law enforcement agency. Once we were able to provide documentation supporting my innocence, the case was very quickly dismissed and expunged. The only reason why it took the amount of time that it did, which is I think four to six months maybe, is because DA's changed three times. Otherwise it would have been a lot quicker. But it was, I would say, a misunderstanding within the agency, and like I said, once we were able to produce documentation, the case was dismissed and expunged.

5. Clearly, King does not learn and shows no regret or remorse.

November 22, 2021

**PAUL KING**

Paul King

801 S. Miami Ave
#1401
Miami, FL 33130